John A. Greaves, Esq. (Bar No. 173336)
BAUM, HEDLUND, ARISTEI, GUILFORD & SCHIAVO
12100 Wilshire Boulevard
Suite 950
Los Angeles, CA 90025
Telephone: 310-207-3233

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. HARRISON, MARY SUZANNE HARRISON, <br><br> Plaintiffs <br><br> v. <br><br> SINGAPORE AIRLINES, INC., a corporation; UNITED AIRLINES, INC., a corporation; UAL CORPORATION, a corporation; THE STAR ALLIANCE, a business entity and a "carrier" under Articles 1 and 28 of the Warsaw Convention, <br><br> Defendants. | Case No.: MDL No. 1394 GAF (RMCx) <br><br> This Document Relates to: <br> HARRISON <br><br> Case No.: CV-01-05787 ABC (MCX) <br><br> **REQUEST FOR DISMISSAL OF ACTION PURSUANT TO COURT ORDER** |

WHEREAS, on March 25, 2003, the Honorable Gary A. Fees, District Court Judge, entered an Order that certain plaintiffs cases in MDL No. 1394 be dismissed by close of business on April 28, 2003 so as to avoid overlap, a copy of which Order is attached hereto, plaintiffs respectfully request that this Court dismiss this instant action without prejudice.

Date: 4/25/03

Respectfully submitted,

BAUM, HEDLUND, ARISTEI, GUILFORD & SCHIAVO

By _____
JOHN A. GREAVES, ESQ.
Attorney for Plaintiffs

IT IS SO ORDERED:

DATE: 4/30/03

_____
United States District Judge

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. MDL No. 01-1394-GAF          Date: March 25, 2003

Title: In re Air Crash at Taipei, Taiwan on October 31, 2000

---

### The Honorable Gary Allen Feess, Judge

| Marilynn Morris | None Present |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
None Present                                                None Present

**PROCEEDINGS:** (In Chambers)

The Court has taken note that a number of plaintiffs appear in multiple cases. For example, case 01-4889, 01-5296 and 01-10335 have substantial overlap. During the March 24, 2003 hearing in this case, counsel for certain plaintiffs stated that a number of cases overlap because certain cases were consolidated but the original complaints containing the consolidated cases had never been dismissed.

Because this situation has created a fair amount of confusion, the Court hereby **ORDERS** all counsel for the MDL plaintiffs to review their records and to dismiss those cases where the causes of action have been consolidated in a later filed action. Furthermore, counsel are to review all of their cases to ensure that each plaintiff appears in only one pending action. All plaintiffs who have settled with defendants should be removed as parties from active cases. Compliance with the Court's order must be completed no later than **close of business on April 28, 2003**. By the same date, the plaintiffs' steering committee is **ORDERED** to file with the Court a revised list of pending cases in the same format used in the joint submission of December 10, 2002, in response to this Court's order of November 26, 2002.

IT IS SO ORDERED.

ENTERED ON ICMS
MAR 25

MINUTES FORM 11
CIVIL--GEN                      -1-                      Initials of Courtroom Deputy Clerk _____

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and am not a party to the within action. My business address is Baum, Hedlund, Aristei, Guilford & Schiavo, 12100 Wilshire Blvd., Suite 950, Los Angeles, California 90025.

On April 25, 2003, I served the foregoing document described as **REQUEST FOR DISMISSAL OF ACTION PURSUANT TO COURT ORDER**, on the interested parties in this action as follows:

**Parties Served:**    SEE ATTACHED SERVICE LIST

_X_   **(BY REGULAR MAIL)** By placing a true copy of said document(s) in sealed envelopes addressed as stated on the attached service list.

I am "readily familiar" with the firm's practice of collection and processing or correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

**EXECUTED**: April 25, 2003, at Los Angeles, California.

MICHAEL CORNWELL

## SERVICE LIST

Rod. D. Margo, Esq.
Stephen R. Ginger, Esq.
Will S. Skinner, Esq.
CONDON & FORSYTH
1801 Avenue of the Stars, Suite 1450
Los Angeles, CA 90067-4486
Attorneys for Defendant
SINGAPORE AIRLINES LTD.

Alan H. Collier, Esq.
Mendes & Mount
725 S. Figueroa St., 19th Floor
Los Angeles, CA 90017
Attorneys for Defendant
Goodrich Corp

Ronald McIntire, Esq.
Perkins Coie, LLP
1620 26th Street, Sixth Floor
Santa Monica, CA 90404
Attorneys for Defendant
The Boeing Company